■ BRENDA THURSTON, Individually and as Parent and Natural Guardian of RACHEL KNAPP, an Infant, et al., Appellants, v NEWARK CENTRAL SCHOOL DISTRICT, Respondent, et al., Defendant. SUE SAEZ, as Parent and Natural Guardian of ELENA URQUIZA, an Infant, Plaintiff, v NEWARK CENTRAL SCHOOL DISTRICT, et al., Defendants. [782 NYS2d 218]—Appeal from an order of the Supreme Court, Wayne County (Stephen R. Sirkin, A.J.), entered October 3, 2003. The order granted the motion of defendant Newark Central School District for summary judgment in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Mary KK. v Jack LL.,* 203 AD2d 840, 841-842 [1994]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.